LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P. O. Box 506
Fresno, California 93709
Telephone: (559) 779-2315
Email: YanEsq@me.com

Attorney for Defendant
KYLE PENNINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| DESIREE MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>KYLE PENNINGTON Et. Al.<br><br>Defendant. | Case: 1:15-cv-00683-MJS<br><br>**ANSWER OF KYLE PENNINGTON TO THE FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant KYLE PENNINGTON, herein deferred ad Defendant, for himself, and no other defendants hereby answer the First Amended Complaint of Desiree Martinez ("Plaintiff") and admit, deny and allege as follows:

**JURISDICTION AND VENUE**

1. Answering paragraph 1, Defendant admits that this court has jurisdiction over this proceeding.

2. Answering paragraph 2, Defendant admits that this court is proper venue or this action.

3. Answering paragraph 3, Defendant lacks sufficient information and belief

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

upon which to base a response and on that basis deny allegations in paragraph 3.

4. Answering paragraph 4, Defendant admits that Kyle Pennington is a citizen and resident of California.

5. Answering paragraph 5, Defendant admits that Kim Pennington is Kyle Pennington's father.

6. Answering paragraph 6, Defendant admits that Connie Pennington is Kyle Pennington's mother.

7. Answering paragraph 7, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 7.

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 8.

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 9.

10. Answering paragraph 10, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 10.

11. Answering paragraph 11, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 11.

12. Answering paragraph 12, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 12.

13. Answering paragraph 13, Defendant lacks sufficient information and belief

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

upon which to base a response and on that basis deny allegations in paragraph 13.

14. Answering paragraph 14, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 14.

15. Answering paragraph 15, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 15.

16. Answering paragraph 16, Defendant denies the allegations as phrased.

17. Answering paragraph 17, Defendant denies the allegations as phrased.

18. Answering paragraph 18, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 18.

    a. Answering sub-paragraph a, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph a.

    b. Answering sub-paragraph b, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph b.

    c. Answering sub-paragraph c, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph c.

    d. Answering sub-paragraph d, Defendant denies the allegations as phrased.

    e. Answering sub-paragraph e, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph e.

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

    f. Answering sub-paragraph f, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph f.

    g. Answering sub-paragraph g, Defendant denies the allegations as phrased.

    h. Answering sub-paragraph h, Defendant denies the allegations as phrased.

    i. Answering sub-paragraph i, Defendant denies the allegations as phrased.

    j. Answering sub-paragraph j, Defendant denies the allegations as phrased.

    k. Answering sub-paragraph k, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph k.

    l. Answering sub-paragraph l, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph l.

    m. Answering sub-paragraph m, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph m.

    n. Answering sub-paragraph n, Defendant denies the allegations as phrased.

    o. Answering sub-paragraph o, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in sub-paragraph o.

19. Answering paragraph 19, Defendant denies the allegations as phrased.

20. Answering paragraph 20, Defendant lacks sufficient information and belief

upon which to base a response and on that basis deny allegations in paragraph 20.

21. Answering paragraph 21, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 21.
22. Answering paragraph 22, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.
23. Answering paragraph 23, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 23.
24. Answering paragraph 24, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 24.
25. Answering paragraph 25, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 25.
26. Answering paragraph 26, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 26.
27. Answering paragraph 27, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.
28. Answering paragraph 28, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 28.
29. Answering paragraph 29, Defendant lacks sufficient information and belief

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

upon which to base a response and on that basis deny allegations in paragraph 29.

30. Answering paragraph 30, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 30.

31. Answering paragraph 31, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

32. Answering paragraph 32, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 32.

33. Answering paragraph 33, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 33.

34. Answering paragraph 34, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 34.

35. Answering paragraph 35, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 35.

36. Answering paragraph 36, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

37. Answering paragraph 37, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 37.

38. Answering paragraph 38, Defendant lacks sufficient information and belief

upon which to base a response and on that basis deny allegations in paragraph 38.

39. Answering paragraph 38, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 38.

40. Answering paragraph 40, Defendant denies the allegations as phrased.

41. Answering paragraph 41, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 41.

42. Answering paragraph 42, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 42.

43. Answering paragraph 43, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 43.

44. Answering paragraph 44, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

45. Answering paragraph 45, Defendant denies the allegations as phrased.

46. Answering paragraph 19, Defendant denies the allegations as phrased.

47. Answering paragraph 19, Defendant denies the allegations as phrased.

48. Answering paragraph 48, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

49. Answering paragraph 49, Defendant denies the allegations as phrased.

50. Answering paragraph 50, Defendant denies the allegations as phrased.

51. Answering paragraph 51, Defendant denies the allegations as phrased.

52. Answering paragraph 52, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.
53. Answering paragraph 53, Defendant denies the allegations as phrased.
54. Answering paragraph 54, Defendant denies the allegations as phrased.
55. Answering paragraph 55, Defendant denies the allegations as phrased.
56. Answering paragraph 56, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.
57. Answering paragraph 57, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 57.
58. Answering paragraph 58, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 58.
59. Answering paragraph 59, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 59.
60. Answering paragraph 60, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 60.
61. Answering paragraph 61, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 61.
62. Answering paragraph 62, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

63. Answering paragraph 63, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 63.

64. Answering paragraph 64, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 64.

65. Answering paragraph 65, Defendant incorporates by reference his admissions and denials pf paragraph 1 through 21 of the Complaint, as through fully set forth herein.

66. Answering paragraph 66, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 66.

67. Answering paragraph 67, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 67.

68. Answering paragraph 68, Defendant lacks sufficient information and belief upon which to base a response and on that basis deny allegations in paragraph 68.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

(Failure to State a Cause of Action)

69. Defendant is informed and believes and thereon alleges that the Complaint fails to state facts sufficient to constitute a valid cause of action against this answering Defendant.

///

///

///

## Second Affirmative Defense

### (Failure to Mitigate)

70. Defendant is informed and believes and thereon alleges that Plaintiff, through under a duty to do so, has failed and, therefore, cannot recover against this answering Defendant, whether alleged or otherwise.

## Third Affirmative Defense

### (Estoppel)

71. Defendant is informed and believes and thereon alleges, that Plaintiff engaged in conduct and activities with respect to the subject of this litigation, contracts and incidents which are the subject of this Complaint, and by reason of said activities and conduct is estopped from asserting any claims for damages or seeking any other relief against this answering Defendant.

## Fourth Affirmative Defense

### (Waiver)

72. Defendant is informed and believes and thereon alleges that Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligence, act, omission, or any other conduct, if any, as set fourth in the Complaint.

## Fifth Affirmative Defense

### (Good Faith)

73. Defendant is informed and believes and thereon alleges that he acted in good faith and did not directly or indirectly perform any acts or failed to perform any acts whatsoever which would constitute a violation of duty or breach of duty, if any was owed to Plaintiff by answering Defendant.

///

///

///

## Sixth Affirmative Defense

### (Statutes of Limitations)

74. Defendant is informed and believes and thereon alleges that each and every cause of action in the Complaint is barred either in whole or in part by operation of the applicable statutes of limitation.

## Seventh Affirmative Defense

### (Unclean Hands)

75. Defendant is informed and believes and thereon alleges that each cause of action of the Complaint is barred by virtue of Plaintiff's contributory wilful misconduct/or negligence in causing or contributing to the damages alleged therein under the doctrine of unclean hands.

## Eighth Affirmative Defense

### (Latches)

76. Defendant is informed and believes and thereon alleges that the Complaint and the claims therein are barred by the doctrine of laches.

## Ninth Affirmative Defense

### (Violations of Law and/or Public Policy)

77. Defendant is informed and believes and thereon alleges that the Complaint and the claims therein are barred by express and/or implied provisions of law and public policy.

## Tenth Affirmative Defense

### (Illegal and Unlawful Activities)

78. Defendant is informed and believes and thereon alleges that the damages, if any, alleged in the Complaint were caused and/or incurred in whole or in part due to illegal and/or unlawful activities on the part of the Plaintiff and/or her agents/representatives/employees/partners and/or other third parties.

///

## Eleventh Affirmative Defense

### (Comparative Negligence)

79. Defendant is informed and believes and thereon alleges that any recovery by Plaintiff is barred or reduced herein by reason of Plaintiff's negligence, in that she failed to exercise ordinary care at all times and the time and place of the incidents, events or occurrences herein sued upon, and that said failure to exercise ordinary care did directly and proximately cause and contribute to the occurrence of the injury or damage sustained, if any.

## Twelfth Affirmative Defense

### (Third Party Negligence)

80. Defendant is informed and believes that the alleges incidents, events, or occurrences and damages complained of by the Plaintiff, if any, were proximately caused by the negligence of firms, personas, corporations, or entities other that Defendants, and that said negligence competitively reduces the percentage of any negligence attributable to Defendants, if in should be found that Defendants were negligent, which is denied.

## Thirteenth Affirmative Defense

### (Proposition 51)

81. Defendant is informed and believes and thereon alleges that the injuries and damages alleged by Plaintiff herein, if any, were proximately caused by the negligence and tortious acts or omissions of other parties, and Defendant requests that an allocation of such negligence and liability be made among such other parties, and that if any liability is found on the part of the Defendant, that judgment against the Defendant be only on the amount which is proportionate to the extent and percentage by which Defendant's acts or omissions contributed to Plaintiff's injuries or damages pursuant to the provisions of the California Civil Code section 1431.2.

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352-1010

<u>Fourteenth Affirmative Defense</u>

(Conclusionary Terms – Reservation of Rights)

82. The Complaint and each cause of action contained there is stated in conclusionary terms and, therefore, this answering Defendant cannot fully anticipate all of the affirmative defense that may be applicable to this action. Accordingly, this answering Defendant reserves his right to add additional affirmative defenses as may be appropriate.

## **PRAYER**

WHEREFORE, Defendant prays for relief as follows:

1. That Plaintiff take nothing by reason of her Complaint;
2. For attorneys fees as provided by law;
3. For costs of suit; and
4. For such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury.

Dated: October 31, 2015        LAW OFFICES OF YAN E. SHRAYBERMAN

*/s/ Yan E. Shrayberman*
YAN E. SHRAYBERMAN
Attorney for Defendant
KYLE PENNINGTON

-13-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the copy of the foregoing was served electronically on all parties, at the electronic address disclosed with the court.

/s/ *Yan E. Shrayberman*
YAN E. SHRAYBERMAN