KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorney for Plaintiff Desiree Martinez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

***

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERSHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; DOES 1-20,<br><br>　　　　Defendants. | No. 1:15-CV-00683-JAM-MJS<br><br>STIPULATION AND ORDER REGARDING RESCHEDULING OF TRIAL |

TO THE HONORABLE COURT:

　　The parties, through their undersigned counsel, hereby stipulate that the trial of this matter may be rescheduled from April 3, 2017 to May 15, 2017, at 9:00 a.m.

　　IT IS SO STIPULATED.

Dated: November 9, 2015

　　　　　　　　　　　　　　　　/s/ Kevin G. Little
　　　　　　　　　　　　　　　　Kevin G. Little
　　　　　　　　　　　　　　　　Attorney for Plaintiff Desiree Martinez

_____
STIPULATION AND ORDER

Dated: November 9, 2015

/s/ Yan Shayberman_____
Yan Shayberman
Attorney for Defendant Kyle Pennington

Dated: November 9, 2015

/s/ John W. Phillips_____
John W. Phillips
Wild, Carter & Tipton
Attorneys for Defendants Kim Pennington
and Connie Pennington

Dated: November 9, 2015

/s/ G. Craig Smith_____
G. Craig Smith
Ferguson, Praet & Sherman
Attorneys for Defendants Kristina Hershberger,
Jesus Santillan, Channon High, Angela Yambupah,
Ralph Salazar, Fred Sanders, City of Clovis and
City of Sanger

IT IS SO ORDERED.

Dated: 12/2/2015

/s/ John A. Mendez_ _____
John A. Mendez
United States District Court Judge

_____
STIPULATION AND ORDER                                                                                        -2-