Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290141
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, CA 93747
Phone Number: (559) 342-5800
Fax Number: (559) 420-0839
Email:  kevin@kevinglittle.com

Attorneys for Plaintiff
DESIREE MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>                     Plaintiff,<br><br>     vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERSHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; AND DOES 1 through 20,<br><br>                     Defendants. | Case No.: 1:15-cv-0683 JAM MJS<br><br>**STIPULATION AND  ORDER RE: MODIFICATION OF DISCOVERY AND CASE SCHEDULE** |

TO THE HONORABLE COURT:

   WHEREAS the pleadings remain unsettled, due to the pendency of a motion challenging the plaintiff's Second Amended Complaint until the Court's ruling on August 9, 2016 (Dkt. No. 55), and the current pending status of the moving defendants' responsive pleadings; and

   WHEREAS, the parties agree that the operative pleadings will define the scope of discovery; and

   WHEREAS, the parties anticipate that the pleadings will be settled within the next 20 days, in compliance with the Court's August 9, 2016 Order; and

- 1 -
Stipulation and Proposed  Order

WHEREAS, all parties are in agreement that good cause exists for modification of the case

schedule based upon these factors,

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The current discovery deadlines should be extended as follows: (a) Non-expert discovery shall be completed by March 15, 2017; (b) Expert witness shall be disclosed by March 15, 2017; (c) Supplemental expert witnesses shall be disclosed by March 29, 2017; and (d) Expert discovery shall be completed by May 26, 2017.

The current trial and pretrial deadlines should be extended as follows: (a) Non-dispositive motions shall be filed no later than June 4, 2017; (b) Dispositive motions shall be filed no later than June 27, 2017 and noticed for hearing on July 25, 2017 at 1:30 p.m.; (c) A joint pretrial statement shall be filed on or before September 29, 2017; (d) a pretrial conference shall be held on October 6, 2017 at 10:00 a.m.; and (e) Jury trial shall be set for December 4, 2017 at 9:00 a.m.

IT IS SO STIPULATED.

Date: August 10, 2016

/s/ Kevin G. Little
Kevin G. Little
Law Office of Kevin G. Little
Attorneys for Plaintiff
Desiree Martinez

Date: August 10, 2016

/s/ Yan Shrayberman
Yan Shrayberman
Attorney for Defendant
Kyle Pennington

Date: August 10, 2016

/s/ John Phillips
John W. Phillips
Wild, Carter & Tipton
Attorneys for
Defendants Kim and
Connie Pennington

- 2 –
Stipulation and Proposed Order

Date: August 10, 2016 /s/ Craig Smith
G. Craig Smith
Ferguson, Praet & Sherman
Attorneys for Defendants
City of Clovis, City of Sanger and
Kristina Hershberger, Jesus Santillan, Channon
High, Angela Yambupah, Ralph Salazar and
Fred Sanders

IT IS SO ORDERED **AS MODIFIED ABOVE BY THE COURT**:


Dated:   August 12, 2016


/s/ John A. Mendez
U. S. District Court Judge

- 3 -
Stipulation and Proposed Order