UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20,<br><br>        Defendants. | No. 1:15-CV-00683 JAM MJS<br><br>AMENDED STIPULATION AND PROPOSED ORDER RE MODIFICATION OF SCHEDULING ORDER AND ORDER |

TO THE HONORABLE COURT:

    This stipulation will not affect the current trial date. The parties hereby stipulate to extend the Discovery Cut Off in this matter to May 5, 2017 for the purposes of conducting depositions only. The Parties do not stipulate to continue the current cut-off of March 15, 2017 with respect to written discovery. The parties further stipulate to continue the expert disclosure deadline to May 12, 2017 and supplemental expert witness disclosures to May 26, 2017. Expert discovery shall be completed by June 23, 2017. Non-Dispositive Motions Shall be filed no later than

1  June 30, 2017.  Dispositive motions shall be filed no later than July 11, 2017,
2  noticed for hearing on August 8, 2017 at 1:30 p.m.
3      The remainder of the dates set forth in the August 12, 2016 Stipulation and
4  Order Re: Modification of Discovery and Case Schedule are to remain the same.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: March 8, 2017               /S/ G. Craig Smith
                                          G. Craig Smith
                                          Ferguson, Praet & Sherman
                                          Attorneys for Defendants
                                          City of Clovis, City of Sanger and
                                          Kristina Hershberger, Jesus
                                          Santillan, Channon High, Angela
                                          Yambupah, Ralph Salazar and Fred
                                          Sanders

Date: March 8, 2017               /S/ Kevin G. Little
                                          Kevin G. Little
                                          Law Office of Kevin G. Little
                                          Attorneys for Plaintiff
                                          Desiree Martinez

Date: March 8, 2017               /S/ Yan Shrayberman
                                          Yan Shrayberman
                                          Attorney for Defendant
                                          Kyle Pennington

Date: March 8, 2017               /S/ John W. Phillips
                                          John W. Phillips
                                          Wild, Carter & Tipton
                                          Attorneys for Defendants
                                          Kim and Connie Pennington

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED: 3/9/17                              /s/ John A. Mendez_____
                                                John A. Mendez
                                                United States District Court Judge