UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DESIREE MARTINEZ, | No. 1:15-CV-00683 JAM MJS |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND PROPOSED ORDER RE MODIFICATION OF SCHEDULING ORDER AND ORDER** |
| vs. | |
| KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20, | |

TO THE HONORABLE COURT:

This stipulation will not affect the current trial date. The parties hereby stipulate to extend the following dates contained in the scheduling order only:

(1) Expert Rebuttal Disclosure Deadline: June 23, 2017

(2) Expert Discovery Completion Deadline: July 28, 2017

(3) Non dispositive motions to be filed by: August 8, 2017

(4) Dispositive Motions to be filed by: August 15, 2017

The remainder of the dates set forth in the August 12, 2016 Stipulation and Order Re: Modification of Discovery and Case Schedule (Doc. 56) and Amended Stipulation and Proposed Order RE Modification of Schedule Order and Order (Doc. 63) are to remain the same.

GOOD CAUSES EXISTS AS FOLLOWS:

The parties have booked a full day mediation with Ret. U.S. District Court Judge Oliver W. Wanger. To facilitate the mediation the parties desire to reserve expending costly resources conducting expert discovery in this matter. This stipulation will not affect the currently set trial date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: May 22, 2017  /s/ G. Craig Smith
G. Craig Smith
Ferguson, Praet & Sherman
Attorneys for Defendants
City of Clovis, City of Sanger and
Kristina Hershberger, Jesus Santillan,
Channon High, Angela Yambupah, Ralph
Salazar and Fred Sanders

Date: May 22, 2017  /s/ Kevin G. Little
Kevin G. Little
Law Office of Kevin G. Little
Attorneys for Plaintiff
Desiree Martinez

Date: May 22, 2017  /s/ Yan Shrayberman
Yan Shrayberman
Attorney for Defendant
Kyle Pennington

///

///

Date: May 22, 2017             /s/ John W. Phillips
                               John W. Phillips
                               Wild, Carter & Tipton
                               Attorneys for Defendants
                               Kim and Connie Pennington

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/22/2017               /s/ John A. Mendez

                               John A. Mendez
                               United States District Court Judge