Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
E-Mail:  kevin@kevinlittle.com
Attorneys for Plaintiff Desiree Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>                  Plaintiff,<br><br>vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20,<br><br>                  Defendants. | No. 1:15-CV-00683 JAM MJS<br><br>STIPULATION OF DISMISSAL OF DEFENDANTS SANTILLAN AND SALAZAR;<br>ORDER |

TO THE HONORABLE COURT:

       The undersigned parties hereby stipulate to dismiss plaintiff's claims against defendants Clovis Police Officer Jesus Santillan and Sanger Police Officer Ralph Salazar with prejudice, with each party respectively bearing his or her own costs

STIPULATION OF DISMISSAL                                                                                                                                                          Page 1

and fees. This stipulation is entered into pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: June 8, 2017                     /s/ G. Craig Smith
                                       G. Craig Smith
                                       Ferguson, Praet & Sherman
                                       Attorneys for Defendants
                                       Jesus Santillan and Ralph Salazar

Date: June 8, 2017                     /S/ Kevin G. Little
                                       Kevin G. Little
                                       Law Office of Kevin G. Little
                                       Attorneys for Plaintiff
                                       Desiree Martinez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   6/8/2017                      /s/ John A. Mendez
                                       John A. Mendez
                                       United States District Court Judge

STIPULATION OF DISMISSAL                                              Page 2