# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20,<br><br>　　　　　Defendants. | No. 1:15-CV-00683 JAM MJS<br><br>**ORDER**<br><br>**DATE: October 17, 2017**<br>**TIME: 1:30 p.m.**<br>**CTRM: 14, 6th floor** |

Defendants' Motion for Summary Judgment came on regularly for hearing on October 18, 2017 at 1:56 p.m. before the Honorable John A. Mendez. Plaintiff was present in court, and appeared by and through her counsel of record. KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE

CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER (" the City Defendants"), appeared by and through their counsel of record G. Craig Smith of the Law Offices of Ferguson, Praet & Sherman, APC. Defendants Kim Pennington and Connie Pennington appeared through their counsel of record, John W. Phillips, of Wild, Carter and Tipton APC. Defendant Kyle Pennington did not appear.

After consideration of the moving, opposing, and reply papers, any arguments of counsel, and with GOOD CAUSE SHOWING,

IT IS HEREBY ORDERED:

1. City Defendants' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

2. City Defendants' Motion for Summary Judgement is GRANTED for all Claims for Relief contained in the Second Amended Complaint brought against Defendants City of Clovis, City of Sanger, Kristina Hersberger, Angela Yambupah and Fred Sanders.

3. Judgment is entered in favor of City of Clovis, City of Sanger, Kristina Hersberger, Angela Yambupah and Fred Sanders as to all Claims for Relief contained in Second Amended Complaint brought against them. Defendants are ordered to prepare a proposed judgment.

///

4. Defendant Channon High's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

5. Defendant Channon High's Motion for Summary Judgement is GRANTED for any and all Equal Protection Violations alleged against her in the Second Claim for Relief contained in the Second Amended Complaint.

6. Judgment is entered in favor of Channon High for any and all Equal Protection Violations alleged against her in the Second Claim for Relief contained in the Second Amended Complaint. Defendant Channon High is ordered to prepare a proposed judgment.

7. Defendant Channon High's Motion for Summary Judgement is DENIED for the violations of Plaintiff's Substantive Due Process Rights as alleged against her in the Second Claim for Relief contained in the Second Amended Complaint.

8. Defendants Kim and Connie Pennington Motion for Summary Judgment is GRANTED as to Plaintiff's Third Claim for Relief for Conspiracy to Intimidate a Witness in the Second Amended Complaint. Judgment is hereby entered thereon in favor of said Defendants. Defendants Kim and Connie Pennington are ordered to prepare a proposed judgment.

///

3
[PROPOSED] ORDER

9. Defendants Kim and Connie Pennington Motion for Summary Judgment is DENIED as to Plaintiff's Eighth Claim for Relief for Conspiracy to Commit Battery in the Second Amended Complaint.

10. Defendants Kim and Connie Pennington Motion for Summary Judgment is GRANTED as to Plaintiff's Ninth Claim for Relief for Negligence in the Second Amended Complaint. Judgment is hereby entered thereon in favor of said Defendants. Defendants Kim and Connie Pennington are ordered to prepare a proposed judgment.

IT IS SO ORDERED.

DATED: November 3, 2017

                              **/s/ JOHN A. MENDEZ**
                              John A. Mendez
                              United States District Court Judge