Bruce D. Praet, SBN 119430
Shaun I. Abuzalaf SBN 285355
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com
sabuzalaf@law4cops.com

Attorneys for Defendants Kristina Herhberger, Channon High, City of Clovis,
Angela Yambupah, Fred Sanders and City of Sanger

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20,<br><br>       Defendants. | No. 1:15-CV-00683 JAM MJS<br><br>**JUDGMENT re MOTIONS FOR SUMMARY JUDGMENT** |

This action came on for hearing before the Court, on October 17, 2017,

Honorable John A. Mendez, District Judge Presiding, on a Motion for Summary

Judgment or Summary Adjudication of Issues, filed on behalf of Defendants

Kristina Herhberger, Channon High, the City of Clovis, Angela Yambupah, Fred Sanders and the City of Sanger, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED, ADJUDGED AND DECREED that:

1)      Plaintiff take nothing, and that all claims for relief be dismissed against Defendants City of Clovis, City of Sanger, Kristina Hersberger, Angela Yambupah, and Fred Sanders.

2)      Plaintiff take nothing for the claimed Equal Protection Violation and that claim for relief  be dismissed against Defendant Channon High.

IT IS SO ORDERED.

DATED: November 21, 2017

**/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge