LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P. O. Box 506
Fresno, California 93709
Telephone: (559) 779-2315
Email: YanEsq@me.com

Attorney for Defendant
KYLE PENNINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| DESIREE MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>KYLE PENNINGTON Et. Al.<br><br>Defendant. | Case: 1:15-cv-00683-JAM MJS<br><br>**ORDER ON DEFENDANT'S KYLE PENNINGTON MOTION TO WITHDRAW** |

THIS CAUSE came before the Court upon Yan E. Shrayberman's Motion to Leave to Withdraw as Attorney of Record. Upon review and consideration, it is ORDERED and ADJUDGED that:

1. Yan E. Shrayberman's motion to withdraw as counsel is GRANTED.
2. Kyle Pennington is substituted in on pro per basis.

SO ORDERED.

Dated: November 22, 2017

                                              **/s/ JOHN A. MENDEZ**
                                              JOHN A. MENDEZ
                                              U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the copy of the foregoing was served electronically on all parties, at the electronic address disclosed with the court.

*/s/ Yan E. Shrayberman*
YAN E. SHRAYBERMAN

**LAW OFFICES OF YAN E. SHRAYBERMAN**
P.O.Box 506
Fresno, California, 93709
Telephone:: (559)779-2315
Facsimile: (213) 352 -1010