Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
Email: kevin@kevinlittle.com

Attorney for Plaintiff Desiree Martinez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

***

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERSHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; DOES 1-20,<br><br>Defendants. | No. 1:15-CV-00683-JAM-MJS<br><br>STIPULATION AND ORDER RE: CERTIFICATION OF THE COURT'S JUNE 9, 2017 ORDER AND OCTOBER 17, 2017 SUMMARY JUDGMENT RULINGS FOR PURPOSES OF INTERLOCUTORY APPEAL |

TO THE HONORABLE COURT:

WHEREAS the parties stipulated to dismiss defendants Jesus Santillan and Ralph Salazar with prejudice on June 9, 2017 (Dkt. No. 70); and

WHEREAS on October 17, 2017, this Court granted summary judgment motions as to issues that resulted in the dismissal of all claims against defendants Kristina Hershberger, Angela Yambupah, Fred Sanders, the City of Clovis and the City of Sanger, and plaintiff's equal protection claim against defendant Channon High; and

WHEREAS the Court's summary judgment ruling also dismissed the 42 U.S.C. § 1985(2) and

---

negligence claims against defendants Kim and Connie Pennington; and

WHEREAS the Court's summary judgment ruling denied summary judgment as to defendant Channon High as to plaintiff's substantive due process claim, and also denied summary judgment as to plaintiffs claim against Kim and Connie Pennington alleging conspiracy to violate California Civil Code §§ 51.7, 52.4, 1708.5, 1708.6, and to also to commit battery; and

WHEREAS the parties are uniform in their belief that there is no just reason for delaying the issuance of a partial judgment as to plaintiff's claims against any and all defendants, which would permit an immediate appeal by the affected parties to the United States Court of Appeals for the Ninth Circuit; and

WHEREAS the parties are uniform in their belief that the best use of their and Court's resources would be for them to take immediate appeals of the aforementioned summary judgment rulings, instead of proceeding to a costly and somewhat lengthy trial on issues that could, depending on the outcome of an appeal, lead to unnecessarily multiplied and costly proceedings; and

WHEREAS, the parties further believe that the appellate resolution of the summary judgment rulings could facilitate a settlement of this case, thereby potentially making even an single trial unnecessary.

THE PARTIES HEREBY stipulate that the Court's June 9, 2017 Order on the parties' stipulation and the Court's October 17, 2017 ruling may be certified for appeal pursuant to Federal Rule of Civil Procedure 54(b). Pursuant to the Court's November 3, 2017 Order (Dkt. No. 94), the Court has already ordered the preparation of partial judgments reflecting its rulings. A partial judgment was issued on November 21, 2017 (Dkt. No. 96) as to the summary judgment rulings pertaining to defendants Hershberger, High, Yambupah, Sanders, the City of Clovis and the City of Sanger, and the parties intend for those rulings as well as all other summary judgment rulings to be immediately appealable

pursuant to Rule 54(b).

Because this stipulation in no way affects plaintiff's claims against defendant Kyle Pennington, who has filed for bankruptcy protection, he is not a party or signatory to this stipulation.

IT IS SO STIPULATED.

Dated: December 4, 2017                                LAW OFFICE OF KEVIN G. LITTLE

                                                                */s/ Kevin G. Little*
Kevin G. Little
Attorney for Plaintiff
Desiree Martinez

Dated: December 4, 2017                                FERGUSON, PRAET & SHERMAN

                                                                */s/ Shaun Abuzalaf*
Bruce Praet
Shaun Abuzalaf
Attorney for Defendants
Kristina Hershberger, Channon High, Angela Yambupah, Fred Sanders, the City of Clovis and the City of Sanger

Dated: December 4, 2017                                WILD, CARTER & TIPTON

                                                                */s/ John Phillips*
John Phillips
Attorney for Defendants
Kim and Connie Pennington

///

///

///

Based on the above stipulation, the Court orders as follows:

The Court certifies its June 9, 2017 order on the parties' stipulation and its October 17, 2017 summary judgment ruling pursuant to Federal Rule of Civil Procedure 54(b), finding that there is no just cause for delay of the issuance of a partial judgment and permitting the affected parties to litigate an appeal thereof in the United States Court of Appeals for the Ninth Circuit.

Within ten (10) days of the date of this order, the affected parties are directed to submit an appropriate partial judgment that reflects all of the Court's decisions on the plaintiff's claims as to all affected parties and includes the required language of Rule 54(b).

IT IS SO ORDERED.

Date: 12/5/2017 /s/ John A. Mendez
John A. Mendez
United States District Court Judge