Kevin G. Little, SBN 149818

**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
Email: kevin@kevinglittle.com

Attorney for Plaintiff Desiree Martinez

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

***

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERSHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; DOES 1-20,<br><br>Defendants. | No. 1:15-CV-00683-JAM-MJS<br><br>PARTIAL JUDGMENT ISSUED IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 54(b) |

Based on the parties' stipulation and the Court's Order thereon, the Court hereby adjudges as follows:

1.      All plaintiff's claims against defendants Jesus Santillan and Ralph Salazar are hereby dismissed with prejudice, with the parties bearing their respective attorney's fees and expenses.

2.      All plaintiff's claims against defendants Kristina Hershberger, Angela Yambupah, Fred Sanders, the City of Clovis and the City of Sanger are hereby dismissed with prejudice, and those defendants may apply to seek fees and expenses in accordance with Federal Rule of Civil Procedure

PARTIAL JUDGMENT

54(d) and as authorized by substantive law and the Rules of this Court.

3.      Plaintiff's equal protection claim against defendant Channon High is hereby dismissed with prejudice. Summary judgment as to plaintiff's substantive due process claim against defendant High is hereby denied. The issues of costs and fees regarding plaintiff's claims against defendant High are reserved pending their full and final disposition.

4.      Plaintiff's 42 U.S.C. § 1985(2) and state law negligence claims against defendants Kim Pennington and Connie Pennington are hereby dismissed with prejudice. Summary judgment as to plaintiff's claims against Kim and Connie Pennington alleging conspiracy to violate California Civil Code §§ 51.7, 52.4, 1708.5, 1708.6, and to also to commit state law battery is hereby denied. The issues of costs and fees regarding plaintiff's claims against defendants Kim and Connie Pennington are reserved pending their full and final disposition.

5.      The plaintiff's claims against defendant Kyle Pennington have not been adjudicated and are not affected by this partial judgment.

6.      Pursuant to Federal Rule of Civil Procedure 54(b), there is no just cause for delay of the issuance of a partial judgment and permitting the affected parties to litigate an appeal thereof in the United States Court of Appeals for the Ninth Circuit.

ADJUDGED, ORDERED AND DECREED.

Date: 12/5/2017                      /s/ John A. Mendez
                                      John A. Mendez
                                      United States District Court Judge