Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 4242-2400
Email: kevin@kevinlittle.com

Attorney for Plaintiff Desiree Martinez

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

\*\*\*

| | |
|---|---|
| DESIREE MARTINEZ, | No. 1:15-CV-00683-JAM-SKO |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF EXHAUSTION OF APPELLATE PROCESS AND REQUEST FOR SCHEDULING OF A TRIAL SETTING CONFERENCE |
| KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERSHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; DOES 1-20, | |
| Defendants. | |

TO THE HONORABLE COURT:

 Plaintiff Desiree Martinez, through her undersigned counsel, hereby notifies the Court and the parties that her appeal to the Ninth Circuit has been completed, and the appellate mandate was issued on January 30, 2020. Dkt. No. 126. Additionally, the time for the filing of a petition for a writ of certiorari to the United States Supreme Court has recently expired. Therefore, plaintiff's has exhausted all available appellate processes.

 In view of the above, plaintiff requests the scheduling of a trial setting conference for the

_____
NOTICE OF EXHAUSTION OF APPEAL AND
REQUEST FOR TRIAL SETTING CONFERENCE

adjudication of the remaining claims in this case, as set forth in the Second Amended Complaint for Damages and Injunctive Relief. Dkt. No. 44. Specifically, the claims that remain in this case are: (1) plaintiffs 42 U.S.C. § 1983 claim against defendant Clovis Police Officer Channon High, alleging a violation of her substantive due process rights (Second Claim for Relief, in part); (2) her 42 U.S.C. § 1985(2), California Civil Code § 51.7, 52.4, 1708.5, 1708.6, common law battery, and conspiracy claims against defendant Kyle Pennington[1] (Third through Eighth Claims for Relief); and (3) her state law conspiracy claims against defendants Kim and Connie Pennington (Eighth Claim for Relief).

Dated: June 24, 2020

LAW OFFICE OF KEVIN G. LITTLE

_____
Kevin G. Little
Attorney for Plaintiff
Desiree Martinez

---

[1] This defendant currently has a petition pending in bankruptcy court, and the plaintiff has filed an adversary proceeding preserving her above causes of action and protecting them from discharge. USBC-EDCA Nos. 17-13859-A-7; 17-01091. This Court, however, must try non-core personal injury claims, such as the ones plaintiff asserts against this defendant. 28 U.S.C. § 157(b)(5).