**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KYLE PENNINGTON; KIM PENNINGTON; CONNIE PENNINGTON; KRISTINA HERHBERGER; JESUS SANTILLAN; CHANNON HIGH; THE CITY OF CLOVIS; ANGELA YAMBUPAH; RALPH SALAZAR; FRED SANDERS; THE CITY OF SANGER; and DOES 1 through 20,<br><br>　　　　　　Defendants. | No. 1:15-CV-00683 JAM MJS<br><br>**ORDER re BRIEFING SCHEDULE FOR DEFENDANT CHANNAN HIGH'S MOTION re QUALIFIED IMMUNITY**<br><br>**DATE: December 28, 2021**<br>**TIME: 1:30 p.m.**<br>**CTRM: 14, 6th floor** |

# ORDER

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the briefing schedule for Defendant CHANNAN HIGH's summary judgment motion regarding her entitlement to qualified immunity shall be as follows:

1. Defendant Channan High's summary judgment motion regarding her entitlement to qualified immunity shall be filed no later than November 30, 2021;

2. Plaintiff Desiree Martinez's papers in opposition to the motion shall be filed no later than December 14, 2021;

3. Defendant Channan High's reply papers, if any, shall be filed no later than December 21, 2021; and

4. The motion shall be heard on Tuesday, January 11, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  August 9, 2021                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT